1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   MEGAN A. S. RICHARDS
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00362 AWI |
|---|---|
| Plaintiff, | STIPULATION AND ORDER BETWEEN THE UNITED STATES AND DEFENDANT OSWALD GEORGNER |
| v. | |
| OSWALD GEORGNER, | |
| Defendant. | |

                              **STIPULATION**

       WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including but not limited to tax returns, Social Security numbers, dates of birth, financial account numbers, telephone numbers, and residential addresses ("Protected Information"); and

       WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court proceedings in this matter;

       The parties agree that entry of a stipulated protective order is appropriate.

       THEREFORE, defendant OSWALD GEORGNER, by and through his counsel of record Richard A. Beshwate ("Defense Counsel"), and plaintiff the United States of America, by and through

STIPULATION AND [PROPOSED] ORDER                    1

its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by

//
//
//
//
//

this Order or the Court modifies this Order regarding such transfer of discovery.

     IT IS SO STIPULATED.

Dated:  October 8, 2013                BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Megan A. S. Richards
                                            MEGAN A. S. RICHARDS
                                            Assistant United States Attorney

Dated: October 8, 2013                 /s/ Richard A. Beshwate
                                            Counsel for Defendant
                                            OSWALD GEORGNER

**ORDER**

IT IS SO ORDERED.

Dated:  October 8, 2013                                          
                                            SENIOR  DISTRICT  JUDGE