**Richard A. Beshwate, Jr.  179782**
Attorney at Law
2014 Tulare Street, Suite 414
Fresno, California 93721
Telephone:   (559) 266-5000
Facsimile:    (559) 266-0507


Attorney for Defendant
OSWALD GEORGNER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **1:13-cr-0362 AWI-BAM** |
| | ) | |
| PLAINTIFF | ) | **WAIVER OF DEFENDANT'S** |
| v. | ) | **PRESENCE AT COURT** |
| | ) | **HEARINGS;  ORDER** |
| OSWALD GEORGNER, | ) | |
| | ) | |
| DEFENDANT | ) | |
| _____ | ) | |

      The defendant , OSWALD GEORGNER, hereby waives his right to be present in person in open court upon the hearing of any proceeding in this cause, including but not limited to, arraignment, status conferences, pre-trial motions, requests for continuances, change of plea, trial and imposition of sentence.

      Defendant hereby requests the Court to proceed during his absence and agrees that his interes will be deemed represented at all times by the presence of his attorney Richard A. Beshwate, Jr., the same as if he were personally present.  This request is made pursuant to Federal Rules of Criminal Procedures 43(c) (2) and (3).  This waiver is being made because Defendant Oswald Georgner, has been charged by criminal complaint.

Defendant acknowledges that he has been informed of his rights under 18 U.S.C. §§316-3174 (Speedy Trial Act), and authorities to set times and delays under the Act without the defendant being present.

          /s/ Oswald Georgner_____
          OSWALD GEORGNER

Date:   November 1, 2013

        Respectfully submitted,
        LAW OFFICE OF RICHARD A. BESHWATE, JR.

        By: /s/ Richard A. Beshwate, Jr
        RICHARD A. BESHWATE, JR.
        Attorney for Defendant OSWALD GEORGNER

\* \* \* \* \* \* \* \* \*

### ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived upon the hearing of any non-dispositive proceeding in this cause, including but not limited to, status conferences, pre-trial motions, and requests for continuances.   While defendant waives his appearance because he "has been charged by criminal complaint," Defendant previously was arraigned on an Indictment an October 7, 2013 in this Court.  The Court construes the waiver as pertaining to waiver of appearance, for conferences and pre-trial motions, post-arraignment on the Indictment.

IT IS SO ORDERED.

Dated:   **November 4, 2013**        /s/ *Barbara A. McAuliffe*_
                                       UNITED STATES MAGISTRATE JUDGE